THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERRITT HOSPITALITY, LLC, a Delaware limited liability company, d/b/a The Jay Hotel, a San Francisco boutique hotel, <br><br> Defendant. | Civil Action No.: 2:24-cv-02095-JCC <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** <br><br> NOTE ON MOTION CALENDAR: JANAURY 14, 2025 <br><br> WITHOUT ORAL ARGUMENT |

The Court, having read and considered the Unopposed Motion for Extension of Defendant's Deadline to Respond to Plaintiff's Amended Complaint ("Unopposed Motion"), and for good cause appearing, rules as follows:

IT IS HEREBY ORDERED that the Unopposed Motion is GRANTED. The deadline for Defendant to respond to the Amended Complaint in the above-captioned action shall be extended from January 27, 2025, up to and including February 26, 2025.

**IT IS SO ORDERED.**

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT
CIVIL ACTION NO.: 2:24-CV-02095-JCC

1

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

Dated this __14th_ day of January, 2025.

*signature*

HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

*Presented by:*

*s/ Logan F. Peppin*
Logan Peppin, WSBA # 55704
**BAKER & HOSTETLER LLP**
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Tel:    206.332.1380
E-mail: lpeppin@bakerlaw.com

*Attorney for Defendant*

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT
CIVIL ACTION NO.: 2:24-CV-02095-JCC

2

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via USDC Western Washington ECF Notice and/or E-Mail upon the following:

Russell J. Reid, WSBA No. 2560
REID, BALLEW & LEAHY, LLP
100 West Harrison Street, N. Tower, #300
Seattle, WA 98119
(206) 285-0464
rjr@rmbllaw.com

*Attorneys for Plaintiff*

DATED Tuesday, January 14, 2025 at Seattle, Washington.

*s/ Pandy Savage McVay*
Pandy Savage McVay, Legal Assistant

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF DEFENDANT'S
DEADLINE TO RESPOND TO PLAINTIFF'S
AMENDED COMPLAINT
CIVIL ACTION NO.: 2:24-CV-02095-JCC

3

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380