THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MERRITT HOSPITALITY, LLC, a Delaware limited liability company, d/b/a The Jay Hotel, a San Francisco boutique hotel,<br><br>Defendant. | NO.   24-cv-02095-JCC<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys, Russell J. Reid of Reid, Ballew, Leahy & Holland, L.L.P., attorneys for Plaintiff, and Logan F. Peppin of Baker & Hostetler LLP, attorneys for Defendant, Merritt Hospitality, LLC, d/b/a The Jay Hotel, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.  This Stipulation shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest, attorney's fees and costs for the time period encompassed by this action, September 2024 through November 2024, if a future audit or some

other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than September 2024 through November 2024.

DATED this  21  day of   January  , 2025.

| REID, BALLEW & LEAHY, L.L.P. | BAKER & HOSTETLER LLP |
|---|---|
| /s/ Russell J. Reid<br>Russell J. Reid, WSBA #2560<br>100 West Harrison Street, N. Tower #300<br>Seattle WA 98119<br>Phone: (206) 285-0464<br>Email: rjr@rmbllaw.com | /s/ Logan F. Peppin<br>Logan F. Peppin, WSBA #55704<br>999 Third Avenue, Suite 3900<br>Seattle WA 98104-4076<br>Phone: (206) 332-1380<br>Email: lpeppin@bakerlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.  This Order shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorney's fees for the time period encompassed by this action, September 2024 through November 2024, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than September 2024 through November 2024.

ORDER ENTERED this __23rd__ day of _____January_____, 2025.

_____
THE HONORABLE JOHN C. COUGHENOUR

Submitted for Entry:

REID, BALLEW & LEAHY, L.L.P.

By: _____/s/ Russell J. Reid_____
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Email: rjr@rmbllaw.com
Attorneys for Plaintiff